# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# GREENVILLE DIVISION

| | |
|---|---|
| Webber Ventures, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Sentinel Insurance Company, Limited, <br><br> Defendant. | Civil Action No. 6:21-cv-02573-TMC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned action be, and the same hereby is, dismissed and forever ended with prejudice. The parties agree and stipulate that this dismissal with prejudice shall apply to and finally dispose of all claims which were or could have been asserted in the above-captioned action, with each party to bear their own respective costs.

WE SO STIPUATE:

| | |
|---|---|
| *s/ William M. Wilson, III* <br> William M. Wilson, III, Fed ID No. 7611 <br> Wyche, P.A. <br> 200 East Camperdown Way <br> Post Office Box 728 <br> Greenville, SC 29602 <br> Tel: 864-242-8200 <br> Email: bwilson@wyche.com <br><br> *Attorney for Plaintiff,* <br> *Webber Ventures, LLC* | *s/ Amy H. Geddes* <br> Amy H. Geddes, Fed ID No. 8065 <br> Nexsen Pruet, LLC <br> 1230 Main Street, Suite 700 <br> Post Office Box 2426 <br> Columbia, SC 29201 <br> Tel: 803.253.8280 <br> Email: ageddes@nexsenpruet.com <br><br> *Attorneys for Defendant,* <br> *Sentinel Insurance Company Limited* |

June 14, 2022